IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC L. GONZALEZ,

      Plaintiff,

  v.

P. MULLEN, et al.,

      Defendants.

_____/

No. C 09-00953 CW

ORDER GRANTING
MOTION FOR
EXTENSION OF TIME
TO FILE OPPOSITION
TO MOTION FOR
SUMMARY JUDGMENT
(Docket No. 57)

    On June 21, 2012, Plaintiff filed a motion for extension of time to file his opposition to the motion for summary judgment. (Docket No. 57).  The deadline to file the opposition to the motion to summary judgment is extended to August 31, 2012.

Dated:  6/28/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California