United States District Court

Northern District of California

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>P. MULLEN, et al.,<br><br>       Defendants. | Case No.: C 09-0953 CW (PR)<br><br>JUDGMENT |

    In accordance with the Court's Order of today's date, judgment is entered against Plaintiff on all counts against all Defendants.  The parties shall bear their own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 3/29/2013

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE